CHARLES E. HUBBELL, as Receiver, etc., Respondent, v. THE
SYRACUSE IRON WORKS et al., Appellants, et al., Respondents.

(Argued June 17, 1890; decided June 24, 1890.)

APPEAL from order of the General Term of the Supreme
Court in the fourth judicial department, made April 29, 1890,
requiring the appellants to perfect their appeal to said General
Term from a judgment in favor of plaintiff entered upon a
decision of the court at Special Term, or upon their failure to
do so, dismissing said appeal.

*M. M. Waters* for appellants.

*Henry A. Maynard, William G. Tracy* and *E. Notting-
ham* for respondents.

Agree to affirm on opinion below.
All concur.
Order affirmed.